David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Attorneys for Defendant Mid-Century Insurance Co.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL HARTS,<br><br>      Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, a corporation; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:16-cv-00861-GMN-PAL<br><br>**STIPULATION AND ORDER TO REMAND THE ACTION TO STATE COURT** |

IT IS HEREBY STIPULATED, by and between the Plaintiff Samuel Harts, by and through his counsel Bruce D. Schupp, Esq. of the Law Office of Bruce D. Schupp, and Defendant Mid-Century Insurance Company, by and through its counsel David J. Feldman, Esq. of the law office of Feldman Graf, P.C., that:

1. That the total amount in controversy, including any claim for breach of contract, breach of the covenant of good faith and fair dealing (bad faith), and Unfair Claims Practices Act (NRS 686A.310) including punitive damages for the claims of Samuel Hart does not exceed $75,000.00.

2. That the amount in controversy does not exceed $75,000.00 for diversity jurisdiction in this case is not present.

3. That this case be remanded to the Clark County District Court, Case No: A-16-733233-C, in order to allow the Plaintiff, Samuel Harts to pursue his claims in the originally filed State Court action through the court annexed arbitration program.

**IT IS SO ORDERED.**

Dated: April 22, 2016
_____

_____
UNITED STATES DISTRICT JUDGE

1

*Samuel Harts v. Mid-Century Insurance Company, et al.*
United States District Court Case No. 2:16-cv-00861-GMN-PAL
**STIPULATION AND ORDER TO REMAND THE ACTION TO STATE COURT**

**IT IS SO STIPULATED.**

Dated: 4/20/16

Dated: 4/20/16

LAW OFFICE OF BRUCE D. SCHUPP
Bruce D. Schupp, Esq.
Nevada Bar No. 1458
1120 N. Town Center Drive, Suite 140
Las Vegas, NV 89144
Telephone: (702) 866-2400
Facsimile (702) 866-2409
Attorneys for Plaintiff Samuel Harts

FELDMAN GRAF, P.C.
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company